# Court of Appeals
# of the State of Georgia

ATLANTA,   March 28, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1435.   OTIS DANIEL, JR. v. PEACH COUNTY BOARD OF ELECTIONS.**

Otis Daniel, Jr., filed a notice of appeal indicating his wish to appeal a ruling in this election contest case to the Supreme Court.  The appeal, however, was mistakenly docketed in this Court.  We hereby TRANSFER the appeal to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   03/28/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*